IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JORGE ISAAC BLANDON-RUIZ, PETITIONER
A# 220-109-733

V. CIVIL NO. 5:26-cv-733-DCB-BWR

FACILITY ADMINISTRATOR, ET AL. RESPONDENTS

ORDER

Pro se Petitioner Jorge Isaac Blandon-Ruiz ("Petitioner"), is housed at the Adams County Correctional Center in Natchez, Mississippi, and he brings this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. The Court directs Petitioner to file a Petition that complies with Rule 2 of the *Rules Governing Section 2254 Cases in the United States District Courts.*[1] It is hereby,

ORDERED that on or before September 8, 2026, Petitioner shall either complete, sign, and file a form "Petition For A Writ of Habeas Corpus Under 28 U.S.C. § 2241" to continue with this case or file a Notice of Voluntary Dismissal if Petitioner does not wish to pursue this case.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order along with a Form AO-242 Petition to Petitioner at Petitioner's address of record.

The Court warns Petitioner that failure to advise this Court of a change of

[1] "A district court may apply any or all of the rules governing § 2254 habeas petitions to those cases filed pursuant to § 2241." *Reyes-Gonzalez v. Driver*, No. C-05-248, 2005 WL 1669830, at *2 (S. D. Tex. 2005) (citing Rule 1(b) of the Rules Governing § 2254 Cases).

address or a failure to comply with any Order of this Court will result in the dismissal of this case.

THIS the 17th day of August, 2026.

s/ *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE